UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DUKE LEVY, | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| V. | § | |
| | § | |
| CITY OF RIO GRANDE CITY, a Texas Municipal Corporation, | § § | |
| | § | CIVIL ACTION NO. 3: 04-CV-0381-B |
| Defendant/Counter-Plaintiff/ Cross-Plaintiff, | § § | |
| | § | |
| V. | § | |
| | § | |
| DUKE LEVY, L.L.C. and DLA ENGINEERING GROUP, LTD. | § § | |
| | § | |
| Cross-Defendants. | § | |

## ORDER ACCEPTING CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings and Recommendation of United States Magistrate Judge Jeff Kaplan that were read into the record on September 15, 2006 and the objections filed by Plaintiff Duke Levy and Defendant City of Rio Grande City. Having conducted a *de novo* review of the findings and conclusions to which objection has been made, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct, and they are hereby accepted as the findings and conclusions of this Court.

SO ORDERED.

SIGNED September 29, 2006

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE